UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-CV-81539-KAM

ERIC ROGERS,

    Plaintiff,

vs.

BAJA CANTINA LLC and
JAMES BATMASIAN,

    Defendants.
_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

THIS CAUSE is before the Court on the Plaintiff's Unopposed Motion to Approve Consent Decree and Dismiss Defendants with Prejudice. (DE 7). The Court has carefully considered the unopposed Motion and the Consent Decree (DE 7-1), and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion to Approve Consent Decree and Dismiss Defendant with Prejudice (DE 7) is hereby **GRANTED**.

2. The Court hereby APPROVES the Consent Decree, Defendants BAJA CANTINA LLC and JAMES BATMASIAN are hereby **DISMISSED WITH PREJUDICE**.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

1

5. All pending motions are hereby **DENIED AS MOOT**.

6. The Clerk shall **CLOSE** this case.

DONE AND SIGNED in Chambers, at West Palm Beach, Palm Beach County, Florida this 20th day of June, 2015.

KENNETH A. MARRA
United States District Judge

Copies furnished to:

Counsel of record